No. 01–8368. SMITH v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied. 

No. 01–8369. McCLOM v. GRAMLEY. C. A. 7th Cir. Certiorari denied.

No. 01–8373. TAYLOR v. WADDLE ET AL. C. A. 5th Cir. Certiorari denied. 

No. 01–8374. VARGAS v. JORGENSEN. Sup. Ct. Iowa. Certiorari denied. 

No. 01–8378. JONES v. SOBINA, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–8382. TOLBERT v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–8383. DORSEY v. CHAPMAN, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied. 

No. 01–8385. COX v. LINDSEY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–8390. SCOTT v. LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 01–8391. JACKSON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–8394. SIMS v. WARD, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 01–8395. MONTOYA v. SHEARIN, WARDEN. C. A. 3d Cir. Certiorari denied. 

No. 01–8396. CRIM v. CONNECTICUT COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES ET AL. Sup. Ct. Conn. Certiorari denied.

No. 01–8398. BASILIO v. CAMRAY DEVELOPMENT & CONSTRUCTION CO., INC., ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.